
PLAINTIFF'S EXHIBIT 2-A

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 304
Rockville, MD 20852
Phone: 301-251-3752   |   Fax: 301-251-3753

Dorothy Dimattei
12723 Pony Rest Lane
Ocean City, MD 21842

Invoice Date: May 12, 2017
Invoice Number:
Invoice Amount: $10,672.85

## Matter: Sea Scape Motel Unpaid Overtime

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 1/3/2017 | Lengthy tele conf. with client re wage issues. | H.B.H. | 1.00 | $400.00 |
| 1/3/2017 | Legal research re enforceability of state DLLR release. | H.B.H. | .70 | $280.00 |
| 1/3/2017 | Research re corporate and land records re defendants. | H.B.H. | .70 | $280.00 |
| 1/3/2017 | Draft Memorandum of Representation; transmit to client. Review response. | H.B.H. | .50 | $200.00 |
| 1/4/2017 | Draft FLSA Complaint against Defendants. | H.B.H. | 2.10 | $840.00 |
| 1/6/2017 | Tele conf. with DD re status of matter; review factual allegations of complaint with DD. | H.B.H. | .50 | $200.00 |
| 1/9/2017 | Tele conf. with DLLR rep (P. Banks, Investigator) re whether DD signed any release, and whether enhanced statutory damages or Federal claims were pursued through investigation. (.3 hrs). Review DLLR materials; confer with DD re status of matter. (.3 hrs). | H.B.H. | .60 | $240.00 |
| 1/17/2017 | Tele conf. with DH re claims. (.5 hrs). | H.B.H. | .50 | $200.00 |
| 1/17/2017 | Revise Complaint. (1.3 hrs). Prepare civil cover sheet. Prepare summons. (.3 hrs) Open case via ECF. (.2 hrs). | H.B.H. | 1.80 | $720.00 |
| 1/17/2017 | Tele conf. with DD re status of matter. | H.B.H. | .20 | $80.00 |
| 1/18/2017 | Review Subpoenas from Court. (.1 hrs). Prepare materials for service of process. Draft memo of instruction to process server; tele conf. with process server re same. (.5 hrs). Transmit materials via US | H.B.H. | .60 | $240.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 1/23/2017 | priority mail.<br>Tele conf. with private investigator re attempts of service. (.2 hrs). Draft comm. to C. Woodley re lawsuit against Sea Scape Motel, LLC, et al., requesting acceptance of service of process. (.2 hrs) | H.B.H. | .40 | $160.00 |
| 1/26/2017 | Review comm. from C. Woodley; reply to same. (.1 hrs). Prepare Rule 4(d) Requests for Waivers and Waiver forms re four defendants. Prepare materials and transmit via US Priority Mail. Draft comm. to C. Woodley re same. (.9 hrs) | H.B.H. | 1.00 | $400.00 |
| 2/7/2017 | Tele conf. with Private Investigator re service on Defendants. (.1 hrs). Draft comm. to C. Woodley. (.1 hrs). Draft Notice re Request for Waiver; review and revise, file via ECF. (.3 hrs). | H.B.H. | .50 | $200.00 |
| 2/8/2017 | Review comm. from C. Woodley re status of waivers, representation. | H.B.H. | .10 | $40.00 |
| 2/26/2017 | Draft comm. to C. Woodley re 4(d) executed waivers ("where are they?") | H.B.H. | .10 | $40.00 |
| 2/27/2017 | File multiple executed (accepted) waiver requests. | H.B.H. | .20 | $80.00 |
| 3/11/2017 | Legal research and review recent joint employment case. | H.B.H. | .20 | $80.00 |
| 3/23/2017 | Review and respond to comm. from C. Pham re status of matter and potential resolution. | H.B.H. | .10 | $40.00 |
| 3/25/2017 | Tele conf. with C. Pham re status of matter (records, joint employer, etc.) | H.B.H. | .30 | $120.00 |
| 3/27/2017 | Tele conf. with Drupattie H. re status of matter and amount of overtime. | H.B.H. | .50 | $200.00 |
| 3/27/2017 | Briefly review Answer. | H.B.H. | .10 | $40.00 |
| 3/30/2017 | Draft comm. to C. Pham re wage/hour records re Seascape. Review responsive records. Tele conf. with E. Schulman re same. | H.B.H. | .60 | $240.00 |
| 4/3/2017 | Review comm. from D. Dimattei; respond. Tele conf. with D. Dimattei and S. Stark re status of matter and wage calculations. | H.B.H. | .20 | $80.00 |
| 4/4/2017 | Review and discuss wage calculations with D. Dimattei. | H.B.H. | .10 | $40.00 |
| 4/4/2017 | Briefly review Order of Court. (.1 hrs). Draft comm. to C. Pham re status of matter. (.2 hrs). | H.B.H. | .20 | $80.00 |
| 4/4/2017 | Review wage calculations; multi comm. with E. Schulman re revisions. (.1 hrs). Receive and review revised calcs, draft settlement comm. re same. (.1 hrs). | H.B.H. | .20 | $80.00 |
| 4/11/2017 | Tele conf with C. Pham re settlement offers. | H.B.H. | .20 | $80.00 |
| 4/12/2017 | Review and respond to comm. re scheduling teleconference. | H.B.H. | .10 | $40.00 |
| 4/13/2017 | Draft comm. to C. Pham re status of settlement offer. | H.B.H. | .10 | $40.00 |
| 4/13/2017 | Multi comm. with DLLR attorney re monies collected. Draft comm. to client re same. | H.B.H. | .30 | $120.00 |
| 4/13/2017 | Review comm. from opposing counsel and Court re rescheduling of teleconference. | H.B.H. | .10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 4/14/2017 | Tele conf. with DH re status of matter. | H.B.H. | .20 | $80.00 |
| 4/19/2017 | Tele conf. with DH re calculations and offer. | H.B.H. | .20 | $80.00 |
| 4/21/2017 | Draft comm. to C. Pham re legal fees and other settlement issues. | H.B.H. | .20 | $80.00 |
| 4/21/2017 | Tele conf. with C. Pham re status of matter. | H.B.H. | .10 | $40.00 |
| 4/21/2017 | Review and respond to comm. from DD re status of matter. | H.B.H. | .10 | $40.00 |
| 4/21/2017 | Tele conf. with Judge Hollander and C. Pham re scheduling and potential settlement, including motion re same. | H.B.H. | .20 | $80.00 |
| 4/27/2017 | Tele conf. with C. Pham re status of settlement. | H.B.H. | .10 | $40.00 |
| 4/28/2017 | Tele conf. re status of settlement. | H.B.H. | .10 | $40.00 |
| 4/28/2017 | Transmit fee statement to C. Pham. | H.B.H. | .10 | $40.00 |
| 5/2/2017 | Transmit fee statement to C. Pham. | H.B.H. | .10 | $40.00 |
| 5/3/2017 | Draft comm. to C. Pham attaching sample Joint Motion. | H.B.H. | .10 | $40.00 |
| 5/3/2017 | Tele conf. with D. Mattei re status of matter. | H.B.H. | .20 | $80.00 |
| 5/5/2017 | Tele conf. with C. Pham re settlement status. | H.B.H. | .10 | $40.00 |
| 5/5/2017 | Draft settlement agreement; review and revise. Transmit to C. Pham. Review response. Briefly review proposed Joint Motion to Approve. | H.B.H. | 1.40 | $560.00 |
| 5/5/2017 | Legal research re judicial approval of settlements at full value. | H.B.H. | .80 | $320.00 |
| 5/6/2017 | Draft Joint Motion for Approval of Settlement. Review and revise. Transmit to opposing counsel. | H.B.H. | 2.10 | $840.00 |
| 5/8/2017 | Tele conf. with DH re status of matter. | H.B.H. | .10 | $40.00 |
| 5/8/2017 | Review comm. from C. Pham re Joint Motion for Approval. Revise Joint Motion re comments. | H.B.H. | .10 | $40.00 |
| 5/8/2017 | Review and revise settlement agreement. Transmit to C. Pham with comments. (.5 hrs). Tele conf. with Chambers re scheduled call. Draft comm. to C. Pham re same. (.2 hrs). | H.B.H. | .70 | $280.00 |
| 5/10/2017 | Draft extensive comm. to C. Pham re settlement issues, including issues re garnishment (WESTLAW research re termination of child support garnishment). Tele conf. with DD re status of matter. | H.B.H. | .80 | $320.00 |
| 5/11/2017 | Draft lengthy comm. to Pham re settlement agreement issues; review response. | H.B.H. | .40 | $160.00 |
| 5/12/2017 | Multi comm. with clients re signing of settlement agreement; review and respond to responses. Review and revise Motion for Approval. Draft Declaration. Review and revise. Prepare materials. File via ECF. | H.B.H. | 1.90 | $760.00 |
| SUBTOTAL: | | | 24.90 | $9,960.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 1/17/2017 | Filing Fee | $400.00 |
| 1/18/2017 | Priority Mail - Process Server | $5.75 |
| 1/18/2017 | Postage - DH | $1.15 |

| Date | Description | Amount |
|---|---|---|
| 1/26/2017 | Postage - C. Woodley | $5.95 |
| 4/18/2017 | Invoice - Schulman, CPA/CFE | $300.00 |
| SUBTOTAL: | | $712.85 |

TOTAL $10,672.85

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $10,672.85