PLAINTIFF'S EXHIBIT 3

Dimatte(i)

E. Schulman
4/4/17
Plaintiff - Dorothy Dimattei
2014-16

**Minimum Wage and Overtime Damage Calculations**
**Dimattei v SeaScape Motel, LLC**

Source: SeaScape Payroll Records

| check amount | Paydate | Total Hours Worked | Regular Hours Worked | Rate | Regular Wages Paid | Obligatory Minimum Wage, per hour | Obligatory Minimum Wages Owed | Total minimum wage damages owed | Overtime Hours Worked | Obligatory Overtime Wage, per Hour | Overtime Wages Paid | Obligatory OT Wages Owed | Total overtime compensation owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 348.00 | 4/17/14 | 48.00 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 8.00 | $ 10.88 | $ 58.00 | $ 87.00 | $ 29.00 |
| $ 317.19 | 4/24/14 | 43.75 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 3.75 | $ 10.88 | $ 27.19 | $ 40.78 | $ 13.59 |
| $ 340.75 | 5/1/14 | 47.00 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 7.00 | $ 10.88 | $ 50.75 | $ 76.13 | $ 25.38 |
| $ 320.81 | 5/8/14 | 44.25 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 4.25 | $ 10.88 | $ 30.81 | $ 46.22 | $ 15.41 |
| $ 382.44 | 5/15/14 | 52.75 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 12.75 | $ 10.88 | $ 92.44 | $ 138.66 | $ 46.22 |
| $ 338.94 | 5/22/14 | 46.75 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 6.75 | $ 10.88 | $ 48.94 | $ 73.41 | $ 24.47 |
| $ 480.31 | 5/29/14 | 66.25 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 26.25 | $ 10.88 | $ 190.31 | $ 285.47 | $ 95.16 |
| $ 445.88 | 6/5/14 | 61.50 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 21.50 | $ 10.88 | $ 155.88 | $ 233.81 | $ 77.94 |
| $ 476.73 | 6/12/14 | 65.75 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 25.75 | $ 10.88 | $ 186.73 | $ 280.03 | $ 93.30 |
| $ 474.88 | 6/19/14 | 65.50 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 25.50 | $ 10.88 | $ 184.88 | $ 277.31 | $ 92.44 |
| $ 514.75 | 6/26/14 | 71.00 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 31.00 | $ 10.88 | $ 224.75 | $ 337.13 | $ 112.38 |
| $ 478.50 | 7/3/14 | 66.00 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 26.00 | $ 10.88 | $ 188.50 | $ 282.75 | $ 94.25 |
| $ 431.38 | 7/10/14 | 59.50 | 40.00 | $ 7.25 | $ 290.00 | $ 7.25 | $ 290.00 |  | 19.50 | $ 10.88 | $ 141.38 | $ 212.06 | $ 70.69 |
| $ 641.13 | 7/17/14 | 50.50 | 40.00 | $ 12.70 | $ 507.83 | $ 7.25 | $ 290.00 |  | 10.50 | $ 10.88 | $ 133.30 | $ 114.19 |  |
| $ 402.38 | 7/24/14 | 55.50 | 40.00 | $ 7.25 | $ 402.38 | $ 7.25 | $ 290.00 |  | 15.50 | $ 10.88 | $ 112.38 | $ 168.56 | $ 56.19 |
| $ 460.00 | 7/31/14 | 57.50 | 40.00 | $ 8.00 | $ 460.00 | $ 7.25 | $ 290.00 |  | 17.50 | $ 10.88 | $ 140.00 | $ 190.31 | $ 50.31 |
| $ 468.00 | 8/7/14 | 58.50 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 18.50 | $ 10.88 | $ 148.00 | $ 201.19 | $ 53.19 |
| $ 420.00 | 8/14/14 | 52.50 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 12.50 | $ 10.88 | $ 100.00 | $ 135.94 | $ 35.94 |
| $ 474.00 | 8/21/14 | 59.25 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 19.25 | $ 10.88 | $ 154.00 | $ 209.34 | $ 55.34 |
| $ 388.00 | 8/28/14 | 48.50 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 8.50 | $ 10.88 | $ 68.00 | $ 92.44 | $ 24.44 |
| $ 392.00 | 9/4/14 | 49.00 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 9.00 | $ 10.88 | $ 72.00 | $ 97.88 | $ 25.88 |
| $ 484.00 | 9/11/14 | 60.50 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 20.50 | $ 10.88 | $ 164.00 | $ 222.94 | $ 58.94 |
| $ 438.00 | 9/18/14 | 54.75 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 14.75 | $ 10.88 | $ 118.00 | $ 160.41 | $ 42.41 |
| $ 436.00 | 9/25/14 | 54.50 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 14.50 | $ 10.88 | $ 116.00 | $ 157.69 | $ 41.69 |
| $ 402.00 | 10/2/14 | 50.25 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 10.25 | $ 10.88 | $ 82.00 | $ 111.47 | $ 29.47 |
| $ 406.00 | 10/9/14 | 50.75 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 10.75 | $ 10.88 | $ 85.00 | $ 116.91 | $ 30.91 |
| $ 322.00 | 5/14/15 | 40.25 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 |  | 0.25 | $ 12.00 | $ 2.00 | $ 3.00 | $ 1.00 |
| $ 448.00 | 5/21/15 | 56.00 | 40.00 | $ 8.00 | $ 320.00 | $ 8.00 | $ 320.00 |  | 16.00 | $ 12.00 | $ 128.00 | $ 192.00 | $ 64.00 |
| $ 350.00 | 5/28/15 | 43.75 | 40.00 | $ 8.00 | $ 320.00 | $ 8.00 | $ 320.00 |  | 3.75 | $ 12.00 | $ 30.00 | $ 45.00 | $ 15.00 |
| $ 386.00 | 6/4/15 | 48.25 | 40.00 | $ 8.00 | $ 320.00 | $ 8.00 | $ 320.00 |  | 8.25 | $ 12.00 | $ 66.00 | $ 99.00 | $ 33.00 |
| $ 478.00 | 6/18/15 | 59.75 | 40.00 | $ 8.00 | $ 320.00 | $ 8.00 | $ 320.00 |  | 19.75 | $ 12.00 | $ 158.00 | $ 237.00 | $ 79.00 |
| $ 454.00 | 6/25/15 | 56.75 | 40.00 | $ 8.00 | $ 320.00 | $ 8.00 | $ 320.00 |  | 16.75 | $ 12.00 | $ 134.00 | $ 201.00 | $ 67.00 |
| $ 336.00 | 7/2/15 | 42.00 | 40.00 | $ 8.00 | $ 320.00 | $ 8.25 | $ 330.00 | 10.00 | 2.00 | $ 12.38 | $ 16.00 | $ 24.75 | $ 8.75 |
| $ 356.00 | 7/9/15 | 44.50 | 40.00 | $ 8.00 | $ 320.00 | $ 8.25 | $ 330.00 | 10.00 | 4.50 | $ 12.38 | $ 36.00 | $ 55.69 | $ 19.69 |
| $ 332.06 | 7/16/15 | 40.25 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 0.25 | $ 12.38 | $ 2.06 | $ 3.09 | $ 1.03 |
| $ 492.94 | 7/30/15 | 59.75 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 19.75 | $ 12.38 | $ 162.94 | $ 244.41 | $ 81.47 |
| $ 470.25 | 8/6/15 | 57.00 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 17.00 | $ 12.38 | $ 140.25 | $ 210.38 | $ 70.13 |
| $ 396.00 | 8/13/15 | 48.00 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 8.00 | $ 12.38 | $ 66.00 | $ 99.00 | $ 33.00 |
| $ 377.44 | 8/20/15 | 45.75 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 5.75 | $ 12.38 | $ 47.44 | $ 71.16 | $ 23.72 |
| $ 338.25 | 8/27/15 | 41.00 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 1.00 | $ 12.38 | $ 8.25 | $ 12.38 | $ 4.13 |
| $ 369.19 | 9/3/15 | 44.75 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 4.75 | $ 12.38 | $ 39.19 | $ 58.78 | $ 19.59 |
| $ 338.25 | 9/10/15 | 41.00 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 1.00 | $ 12.38 | $ 8.25 | $ 12.38 | $ 4.13 |
| $ 472.31 | 9/17/15 | 57.25 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 17.25 | $ 12.38 | $ 142.31 | $ 213.47 | $ 71.16 |
| $ 383.63 | 9/24/15 | 46.50 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 6.50 | $ 12.38 | $ 53.63 | $ 80.44 | $ 26.81 |
| $ 338.25 | 10/1/15 | 41.00 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 |  | 1.00 | $ 12.38 | $ 8.25 | $ 12.38 | $ 4.13 |
| **$ 18,600.70** |  |  |  |  | **$ 14,530.29** |  | **$ 13,750.00** | **20.00** | **553.50** |  | **$ 4,322.79** | **$ 6,225.28** | **$ 1,921.61** |

|  | Minimum Wage Damages | Overtime Wage Damages |
|---|---|---|
|  | $ 20.00 | $ 1,921.61 |
| Liquidated 2X | $ 40.00 | $ 3,843.22 |
| Liquidated 3X | $ 60.00 | $ 5,139.56 |

| OT | | |
|---|---|---|
| $ 3,889.02 | treble | after 7/1/14 |
| $ 1,250.54 | 2x | before 7/1/14 |
| $ 5,139.56 | | |

$5,139.56 – OT
60.00 – MW
─────────
5,199.56

E. Schulman
4/3/17

Plaintiff - Drupatti Holroyd
2014

Minimum Wage and Overtime Damage Calculations
Dimattei v SeaScape Motel, LLC

Source: SeaScape Payroll Records

| Paydate | Total Hours Worked | Regular Hours Worked | Rate | Regular Wages Paid | Obligatory Minimum Wage, per hour | Obligatory Minimum Wages Owed | Total minimum wage damages owed | Overtime Hours Worked | Obligatory Overtime Wage, per Hour | Overtime Wages Paid | Obligatory OT Wages Owed | Total overtime compensation owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| check amount | | | | | | | | | | | | |
| $ 350.00   9/18/14 | 43.75 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 | $  - | 3.75 | $ 12.00 | $ 30.00 | $ 45.00 | $ 15.00 |
| $ 342.00   9/25/14 | 42.75 | 40.00 | $ 8.00 | $ 320.00 | $ 7.25 | $ 290.00 | $  - | 2.75 | $ 12.00 | $ 22.00 | $ 60.50 | $ 38.50 |
| $ 692.00 | | | | $ 640.00 | | $ 580.00 | | 6.50 | | $ 52.00 | $ 105.50 | $ 53.50 |

| | Overtime Wage Damages |
|---|---|
| | $ 53.50 |
| Liquidated 2X | $ 107.00 |
| Liquidated 3X | $ 160.50 |

3

E. Schulman
4/3/17

**Minimum Wage and Overtime Damage Calculations**
**Dimattei v SeaScape Motel, LLC**

Plaintiff - Stephen Stark
2015-16

Source: SeaScape Payroll Records

| check amount | Paydate | Total Hours Worked | Regular Hours Worked | Rate | Regular Wages Paid | Obligatory Minimum Wage, per hour | Obligatory Minimum Wages Owed | Total minimum wage damages owed | Overtime Hours Worked | Obligatory Overtime Wage, per Hour | Overtime Wages Paid | Obligatory OT Wages Owed | Total overtime compensation owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 462.00 | 8/20/15 | 56.00 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 16.00 | $ 12.38 | $ 132.00 | $ 198.00 | $ 66.00 |
| $ 396.00 | 8/27/15 | 48.00 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 8.00 | $ 12.38 | $ 66.00 | $ 99.00 | $ 33.00 |
| $ 441.38 | 9/10/15 | 53.50 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 13.50 | $ 12.38 | $ 111.38 | $ 167.06 | $ 55.69 |
| $ 478.50 | 9/17/15 | 58.00 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 18.00 | $ 12.38 | $ 148.50 | $ 222.75 | $ 74.25 |
| $ 459.94 | 9/24/15 | 55.75 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 15.75 | $ 12.38 | $ 129.94 | $ 194.91 | $ 64.97 |
| $ 464.06 | 10/1/15 | 56.25 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 16.25 | $ 12.38 | $ 134.06 | $ 201.09 | $ 67.03 |
| $ 393.94 | 5/12/16 | 47.75 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 7.75 | $ 12.38 | $ 63.94 | $ 95.91 | $ 31.97 |
| $ 449.63 | 5/26/16 | 54.50 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 14.50 | $ 12.38 | $ 119.63 | $ 179.44 | $ 59.81 |
| $ 393.94 | 6/16/16 | 47.50 | 40.00 | $ 8.29 | $ 331.74 | $ 8.25 | $ 330.00 | $ - | 7.50 | $ 12.38 | $ 62.20 | $ 92.81 | $ 30.61 |
| $ 393.94 | 6/23/16 | 47.50 | 40.00 | $ 8.29 | $ 331.74 | $ 8.25 | $ 330.00 | $ - | 7.50 | $ 12.38 | $ 62.20 | $ 92.81 | $ 30.61 |
| $ 391.88 | 6/30/16 | 47.50 | 40.00 | $ 8.25 | $ 330.00 | $ 8.25 | $ 330.00 | $ - | 7.50 | $ 12.38 | $ 61.88 | $ 92.81 | $ 30.94 |
| $ 356.56 | 7/28/16 | 40.75 | 40.00 | $ 8.75 | $ 350.00 | $ 8.75 | $ 350.00 | $ - | 0.75 | $ 13.13 | $ 6.56 | $ 9.84 | $ 3.28 |
| $ 356.56 | 8/4/16 | 40.75 | 40.00 | $ 8.75 | $ 350.00 | $ 8.75 | $ 350.00 | $ - | 0.75 | $ 13.13 | $ 6.56 | $ 9.84 | $ 3.28 |
| $ 352.19 | 9/1/16 | 40.25 | 40.00 | $ 8.75 | $ 350.00 | $ 8.75 | $ 350.00 | $ - | 0.25 | $ 13.13 | $ 2.19 | $ 3.28 | $ 1.09 |
| $ 5,790.52 | | | | | $ 4,683.49 | | $ 4,680.00 | $ - | 134.00 | | $ 1,107.03 | $ 1,659.56 | $ 552.53 |

| | Overtime Wage Damages |
|---|---|
| | $ 552.53 |
| Liquidated 2X | $ 1,105.06 |
| Liquidated 3X | $ 1,657.60 |

4